UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60108-CIV-SMITH

EULEXIS HERNANDEZ,

    Plaintiff,

vs.

UMT MARINE, LLC, *et al.*,

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING IN PART REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 27], on the Parties Joint Motion to Approve Settlement and Stipulation for Dismissal with Prejudice ("Joint Motion") [DE 24]. In the Report and Recommendation, the Magistrate Judge conditionally recommends approving the settlement agreement between Plaintiff and Defendants and dismissing the case against Defendants with prejudice. The parties resolved their dispute at mediation and submitted to the Court for approval their Settlement Agreement and Release of FLSA Claims ("Settlement Agreement").

The Magistrate Judge found that the Settlement Agreement, which specified the portion of the settlement proceeds which were to be designated for attorney's fees and costs, was a fair and reasonable resolution of a *bona fide* Fair Labor Standards Act (FLSA) dispute. However, because the Settlement Agreement filed with the Court was not executed by Plaintiff, the Report and Recommendation stated that Plaintiff must file a fully executed Settlement Agreement within three days of entry of the Report and Recommendation or risk denial of the Parties' Joint Motion. Thus,

the Magistrate Judge recommends that the Joint Motion be granted, and the Settlement Agreement be approved, pending receipt of a copy of the Settlement Agreement executed by Plaintiff.

Upon review of the record, Plaintiff has not filed a fully executed Settle Agreement. Nevertheless, because the Parties represent in their Joint Motion that the terms in the Settlement Agreement were agreed to by Plaintiff, the Magistrate Judge found that settlement was fair and reasonable, and no objections have been filed, the Court declines to adopt the recommendation that the Joint Motion be denied due to Plaintiff's failure to file a fully executed copy of the Settlement Agreement. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report and Recommendation to District Judge [DE 27] is **AFFIRMED and ADOPTED in part** and incorporated by reference into this Court's Order:

   a) The Joint Motion to Approve Settlement and Stipulation for Dismissal with Prejudice [DE 24] is **GRANTED**.

   b) The recommendation that the Settlement Agreement be approved, pending receipt of a copy of the Settlement Agreement executed by Plaintiff is **DENIED**.

3) The Court shall retain jurisdiction to enforce the Settlement Agreement through **September 16, 2022**.

4) This case is **DISMISSED with prejudice**.

5)   **This case is CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 17th day of August 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  Counsel of record